UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

FRANCISCO M. GARCIA,

    Plaintiff,

vs.

HUNAN WYOMING, INC., d/b/a
HUNAN CHINESE RESTAURANT, and
PHUNG HUYNH, an individual,

    Defendants.
_____/

Case No. 1:18-cv-00017-JTN-ESC
Hon. Janet T. Neff

| AVANTI LAW GROUP, PLLC | McSHANE & BOWIE, PLC |
|---|---|
| Robert Anthony Alvarez (P66954) | Christopher J. Breay (P51646) |
| Kristin Sage (P88173) | Attorneys for Defendants |
| Attorneys for Plaintiff | 99 Monroe Avenue, N.W. |
| 600 28th Street, S.W. | Suite 1100 |
| Wyoming, MI  49509 | Grand Rapids, MI  49503 |
| (616) 257-6807 | (616) 732-5000 |
| ralvarez@avantilaw.com | cjb@msblaw.com |

_____

## STIPULATED ORDER EXTENDING DUE DATE FOR ANSWER
_____

At a session of said Court,
held in the City of Grand Rapids,
County of Kent, State of Michigan,
On:_____
Present:_____

    Upon the stipulation of the parties, as indicated by the signatures of their counsel as set forth below, and the Court being otherwise apprised in the premises,

    NOW IT IS HEREBY ORDERED that the deadline for Defendants to serve and file pleadings responsive to the Complaint is extended to February 22, 2018.

_____
DISTRICT COURT JUDGE

APPROVED:

McShane & Bowie, P.L.C.

By: _____
Christopher J. Breay (P51646)
Counsel for Defendants

Dated: 2-5-2018

Avanti Law Group, PLLC

CJB
w/C

By: _____
Robert Alvarez (P66954)
Counsel for Plaintiff

Dated: 2-5-2018

511654.docx

2