UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

FRANCISCO M. GARCIA,

    Plaintiff,

vs.

HUNAN WYOMING, INC., d/b/a
HUNAN CHINESE RESTAURANT, and
PHUNG HUYNH, an individual,

    Defendants.

_____/

Case No. 1:18-cv-00017-JTN-ESC
Hon. Janet T. Neff

| AVANTI LAW GROUP, PLLC | McSHANE & BOWIE, PLC |
|---|---|
| Robert Anthony Alvarez (P66954) | Christopher J. Breay (P51646) |
| Kristin Sage (P88173) | Attorneys for Defendants |
| Attorneys for Plaintiff | 99 Monroe Avenue, N.W. |
| 600 28th Street, S.W. | Suite 1100 |
| Wyoming, MI  49509 | Grand Rapids, MI  49503 |
| (616) 257-6807 | (616) 732-5000 |
| ralvarez@avantilaw.com | cjb@msblaw.com |

---

## **STIPULATION AND ORDER EXTENDING DUE DATE FOR ANSWER**

---

### **Stipulation**

    The parties are engaged in active and productive settlement negotiations.  Given the costs of litigation compared to the amount in dispute, the parties do not believe further pleading and litigation is warranted at this time, especially as they have made significant progress in attempting to reach an amicable resolution to the claims made in this matter.  Both parties are in agreement that as positive movement has been and continues to be made in resolving this dispute, it is in their mutual interest as well as would serve the interests of justice and judicial economy to allow them additional time to conclude their negotiations.  For these reasons the parties believe there is good cause for extending the date for Defendants' responsive pleadings to

March 8, 2018. The parties therefore stipulate to the entry of an Order effectuating such an extension.

APPROVED:

| McShane & Bowie, P.L.C. | Avanti Law Group, PLLC |
|---|---|
| By: *[signature]* | By: *[signature]* CJO w/c |
| Christopher J. Breay (P51646) | Robert Alvarez (P66954) |
| Counsel for Defendants | Counsel for Plaintiff |
| Dated: 2-16-2018 | Dated: 2-16-2018 |

### Order

Upon the stipulation of the parties, as indicated by the signatures of their counsel as set forth above, and the Court being otherwise apprised in the premises,

NOW IT IS HEREBY ORDERED that the deadline for Defendants to serve and file pleadings responsive to the Complaint is extended to March 8, 2018.

Dated: February 21, 2018                    /s/ Janet T. Neff
                                            DISTRICT COURT JUDGE

512866.docx