UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANCISCO M. GARCIA,

    Plaintiff,

v.

HUNAN WYOMING, INC. d/b/a HUNAN CHINESE RESTAURANT and PHUNG HUYNH,

    Defendants.
_____/

Case No. 1:18-cv-17

HON. JANET T. NEFF

## **ORDER**

This matter is before the Court on the parties' Amended Joint Motion for Approval of Settlement Agreement (ECF No. 23), filed pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.  The Court having scrutinized the settlement agreement, is satisfied that it was reached as a result of contested litigation, and is a fair and reasonable resolution of a bona fide dispute between the parties.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982); *Green v. Hepaco, LLC*, No. 2:13-cv-2496, 2014 WL 2624900, at *3 (W.D. Tenn. June 12, 2014).  Accordingly, the Court grants the Motion.  Therefore,

**IT IS HEREBY ORDERED** that the Amended Joint Motion for Approval of Settlement Agreement (ECF No. 23) is GRANTED.

**IT IS FURTHER ORDERED** that that appropriate dismissal papers, prepared by counsel for entry by Janet T. Neff, United States District Judge, shall be filed with the Court no later than May 10, 2018.

Dated:  April 12, 2018

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge